# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

ENRIQUEZ MARTINEZ,

    Plaintiff,

v.                                            Civ. No. 18-165 MV/GJF

NANCY A. BERRYHILL, *Acting Commissioner of the Social Security Administration*,

    Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed his Proposed Findings and Recommended Disposition ("PFRD") on April 10, 2019. Doc. No. 33. The PFRD notified the parties of their ability to file objections no later than April 24, 2019 (fourteen days after filing of the PFRD), and that failure to do so waived appellate review. As neither party filed any objections by that date, the Court concludes that appellate review has been waived.

Wherefore,

**IT IS ORDERED** that:

1. The Magistrate Judge's PFRD (Doc. 33) is **ADOPTED**;

2. Plaintiff's Motion to Remand (Doc. 24) is **DENIED**; and

3. A final order is entered concurrently herewith **DISMISSING THIS CASE WITH PREJUDICE**.

_____
THE HONORABLE MARTHA VÁZQUEZ
UNITED STATES DISTRICT JUDGE